# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA




FILED
FEB -3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Jonathan R. Hamrick

CASE/CITATION NO. 2:15 mj 0023

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

X DATE: 2/3/15          X _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(✓) Fine: $ 250 and a penalty assessment of $ 10 pa for a TOTAL AMOUNT OF: $ 260 within 10 days/~~months, or payments of $~~ _____ per ~~month~~, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service 25 hours, ~~with fees not to exceed $~~
    completed by 10 months of sentencing date

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | **CLERK, USDC** |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | **501 I STREET, STE. 4-200** |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | **SACRAMENTO, CA 95814-2322** |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/3/15          DALE A. DROZD
                       _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                    EDCA-3