UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00023-EFB |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | ) ) | |
| JONATHAN R. HAMRICK, | ) ) | |
| Defendant. | ) ) ) | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on March 10, 2016, at 2:00 p.m. to show cause why the probation granted on February 3, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on March 10, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 1, 2016

_____
Hon. Edmund F. Brennan
United States Magistrate Judge