BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MJ-00023-EFB |
| Plaintiff, | REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND [~~Proposed~~] ORDER |
| v. | |
| JONATHAN R. HAMRICK, | Date: March 10, 2016 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Edmund F. Brennan |

### REQUEST TO WITHDRAW PETITION

On February 1, 2016, the United States filed a Petition for Revocation of Probation and Notice of Hearing. The United States seeks leave of Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for March 10, 2016.

DATED: March 8, 2016                    BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ R. Benjamin Nelson
                                        R. BENJAMIN NELSON
                                        Special Assistant U.S. Attorney

REQUEST TO WITHDRAW PETITION AND ORDER

**<u>ORDER</u>**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant JONATHAN R. HAMRICK is GRANTED.  It is further ordered that the show cause hearing date scheduled on March 10, 2016 is VACATED.

DATED: <u>March 8, 2016</u>            _____
                                    HON. EDMUND F. BRENNAN
                                    United States Magistrate Judge

REQUEST TO WITHDRAW PETITION AND ORDER